# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, Owner of Dog Named Maria; <br><br> Plaintiff, <br><br> vs. <br><br> KRISTIE, DARLA, and DORIETTE, <br><br> Defendants. | 8:21CV190 <br><br><br> **MEMORANDUM AND ORDER** |

On May 10, 2021, the Clerk of Court advised Plaintiff that his Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 15 days, and warned that the pleading "may be stricken from the record of this case." Plaintiff has failed to follow the Clerk of Court's directions.

Accordingly, I shall order Plaintiff to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Complaint is signed. FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before July 6, 2021.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **July 6, 2021**: deadline for submission of a signed complaint.

4. No further review of this case shall take place until Plaintiff complies with this order.

Dated this 4th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge