IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, Owner of Dog Named Maria;<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIE, DARLA, and DORIETTE,<br><br>Defendants. | 8:21CV190<br><br>**MEMORANDUM AND ORDER** |

On June 4, 2021, the court ordered Plaintiff to sign his Complaint (Filing 1) on or before July 6, 2021, or face dismissal of this action. See Filing 6. To date, Plaintiff has not corrected this technical defect, and unsigned materials that were filed on June 10, 2021 (Filing 7), and June 21, 2021 (Filing 8), are nonresponsive.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 7th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge