IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, Owner of Dog Named Maria;<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIE, DARLA, and DORIETTE,<br><br>Defendants. | 8:21CV190<br><br>ORDER |

      This matter is before the court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis filed on October 18, 2021. (Filing 14.) The court dismissed this matter on July 7, 2021, without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. (Filings 9 & 10.) Accordingly,

      IT IS ORDERED that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing 14) is denied as moot.

      Dated this 20th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge